```
CAROLYN L. OLIVER
California Bar No. 144750
LAW OFFICES OF CAROLYN L. OLIVER
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 456-3572
Facsimile:  (858) 536-5903
```

Attorney for Defendant JOSE RAMON RIVERA-BETANCOURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08-CR-2317-H |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO** |
| v. ) | **CONTINUE SENTENCING** |
| ) | |
| ) | |
| JOSE RAMON RIVERA-BETANCOURT, ) | Judge:   Marilyn L. Huff |
| ) | |
| Defendant. ) | |
| _____ ) | |

   The parties, defendant JOSE RAMON RIVERA-BETANCOURT, through his attorney, Carolyn L. Oliver, and Charlotte E. Kaiser, Assistant U.S. Attorney, move to continue the sentencing hearing in the above-captioned case from August 25, 2008 at 9:00 a.m. to October 14, 2008 at 9:00 a.m.  The Parties agree that time is excludable under the Speedy Trial Act until acceptance of plea.

```
Dated: August 21, 2008        s/Carolyn Oliver
                              CAROLYN L. OLIVER
                              Attorney for Defendant
                              JOSE RAMON RIVERA-BETANCOURT
                              coliver1@san.rr.com


Dated: August 21, 2008        s/Charlotte E. Kaiser
                              CHARLOTTE E. KAISER
                              Assistant U.S. Attorney
                              charlotte.kaiser@usdoj.gov
```

1:\Oliver\RiveraBetancourtStipCont.wpd

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

### JOINT STIPULATION TO CONTINUE SENTENCING

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE** 08-CR-2317-H

1.  **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

CHARLOTTE KAISER          charlotte.kaiser@usdoj.gov


Date:  August 21, 20008          /s/ Carolyn Oliver
                                 CAROLYN L. OLIVER
                                 Attorney for Defendant
                                 JOSE RAMON RIVERA-BETANCOURT
                                 7825 Fay Avenue, Suite 200
                                 La Jolla, CA 92037
                                 Telephone: (858) 456-3572
                                 Facsimile:  (858) 536-5903
                                 coliver1@san.rr.com