1  CAROLYN L. OLIVER
   California Bar No. 144750
2  LAW OFFICES OF CAROLYN L. OLIVER
   7825 Fay Avenue, Suite 200
3  La Jolla, CA 92037
   Telephone: (858) 456-3572
4  Facsimile:  (858) 536-5903

5  Attorney for Defendant JOSE RAMON RIVERA-BETANCOURT

6

7

8  **UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA**
9  **(HON. MARILYN HUFF)**

10

11 UNITED STATES OF AMERICA,        )   Case No.  08-CR-2317-H
                                    )
           Plaintiff,                )   **ORDER CONTINUING
12 v.                               )   SENTENCING**
                                    )
13                                  )
   JOSE RAMON RIVERA-BETANCOURT,    )   Judge:   Marilyn Huff
14                                  )
           Defendant.                )
15                                  )

16     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing

17 hearing in the above-captioned case is continued from August 25, 2008 at 9:00 a.m. to

18 **October 14, 2008 at 9:00 a.m.**   The Court finds that time is excludable under the Speedy

19 Trial Act until acceptance of the plea.  The Defendant is currently in custody.

20     IT IS SO ORDERED.

21

22 DATE:  August 22, 2008

23 _____
   JUDGE OF THE U.S. DISTRICT COURT
24

25

26

27

28